# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED / ENTERED COUNSEL
JAN 10 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2: 20-mj-12-DJA |
| Zena Marie Gonzales | ) | Charging District: Southern District of California |
| Defendant | ) | Charging District's Case No. 3:19-cr-3625-CAB |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: U.S. District Court 221 W Broadway San Diego, CA 92101 | Courtroom No.: 5C |
|---|---|
| | Date and Time: Jan. 24, 2020 2:00 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: January 10, 2020

_Judge's signature_

DANIEL J. ALBEGTS, U.S. MAGISTRATE JUDGE
_Printed name and title_